**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7513**

FRANK M. NEFF,

                    Plaintiff - Appellant,

          v.

CMS; WARDEN; MEDICAL DEPT,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:11-cv-00582-RDB)

Submitted: March 29, 2012          Decided: April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank M. Neff, Appellant Pro Se. Philip Melton Andrews, Jeremy C. B. Wyatt, KRAMON & GRAHAM, PA, Baltimore, Maryland; Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank M. Neff appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Neff v. CMS, No. 1:11-cv-00582-RDB (D. Md. filed Oct. 31, 2011, and entered Nov. 1, 2011). We deny all of Neff's pending motions for relief and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED